UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Melvina King
        Plaintiff,

                13 Civ. 7242 (ALC)

       - against -

                ORDER AND OPINION

Acting Commissioner Carolyn W. Colvin,
        Defendant.
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

In light of remand to the Commissioner of Social Security, defendant's letter motion for extension of time to answer the complaint is denied as moot (Dkt. No. 7) and the Clerk is respectfully directed to close this case.

SO ORDERED.

Dated:    April 4, 2014
             New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      United States District Judge